# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-60454

United States Court of Appeals
Fifth Circuit

**FILED**

May 6, 2019

Lyle W. Cayce
Clerk

VIVIAN CASTON,

Plaintiff – Appellant

v.

BOLIVAR COUNTY, MISSISSIPPI; GERALD WESLEY, SR.; GERALD WESLEY, JR.

Defendants – Appellees

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:17-CV-11

Before HIGGINBOTHAM, JONES, and COSTA, Circuit Judges.

PER CURIAM:[*]

Vivian Caston was fired from her job at a correctional facility. She sued her employer, Bolivar County, under section 1983 alleging First Amendment retaliation. She also sued two individuals—Gerald Wesley Jr. who is a Chief Deputy with the county's Sheriff's Department and his father who used to work for the Sheriff's Department—for tortuously interfering with her at-will

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-60454

employment.   The district court granted summary judgment in favor of the defendants on all claims.

Having heard oral argument and reviewed the parties' briefs, the record, and the applicable law, we AFFIRM the judgment of the district court essentially for the reasons given in its Memorandum Opinion and Order.